UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRED DOBIE,

    Plaintiff,

v.                                        CASE NO.:  8:18-cv-01166-RAL-AAS

MARINER FINANCE, LLC.

    Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Fred Dobie, and the Defendant, Mariner Finance, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| */s/Geoffrey E. Parmer* | */s/ Jacqueline Simms-Petredis* |
| Geoffrey E. Parmer, Esquire | Jacqueline Simms-Petredis, Esquire |
| Florida Bar No. 989258 | Florida Bar No. 0906751 |
| Geoff@TheConsumerProtectionFirm.com | Jsimms-petredis@burr.com |
| The Consumer Protection Firm, PLLC | Burr & Forman LLP |
| 4030 Henderson Boulevard | 201 N. Franklin Street, Suite 3200 |
| Tampa, FL 33629 | Tampa, FL 33602 |
| Tel: (813) 500-1500 x206 | Tel: (813) 221-2626 |
| Fax: (813) 435-2369 | Fax: (813) 357-3534 |
| *Attorneys for Plaintiff* | *Attorneys for Mariner Finance LLC* |

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on January 10, 2019 to all parties of record.

     Respectfully submitted,

     */s/Geoffrey E.Parmer*
     Geoffrey E. Parmer, Esquire
     Florida Bar No. 989258